UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

**FILED**

APR 2 5 2002

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA              *

V.                                    *        CRIMINAL NO. W-01-CR-164 (1)

SHERMAN LAMONT FIELDS                 *

GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION FOR DISCOVERY AND INSPECTION OF EVIDENCE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the United States of America, by and through the United States Attorney for

the Western District of Texas, and files this response with authorities to Defendant's Motion for

Discovery and Inspection of Evidence, and would show the Court as follows:

I.

The Government will provide open file discovery to defense counsel to the extent that it will

comply with Rule 16, Federal Rules of Criminal Procedure, the Jencks Act (18 U.S.C. 3500), and

the dictates of **Brady v. Maryland**, 373 U.S. 83 (1963).

WHEREFORE, PREMISES CONSIDERED, the United States respectfully requests that the

Defendant's motion in excess of that required by the above authority be denied.

Respectfully submitted,

JOHNNY SUTTON
United States Attorney

By:    GREGORY S. GLOFF
Assistant United States Attorney
700 South University Parks, Suite 770
Waco, TX 76706
(254) 750-1580

37                                                                              68

## CERTIFICATE OF SERVICE

I certify that a copy of the above Government's Response to Defendant's Motion for Discovery and Inspection of Evidence has been mailed on this ____22____ day of April, 2002, to the following:

Scott Peterson
Attorney at Law
1701 Austin Avenue
Waco, TX 76701

_____
Assistant United States Attorney

69