Sherman Lamont Fields
#15651-180
USP Terre Haute
P.O. Box 33
Terre Haute, IN
        47808

Media Mail
  rate

U.S. OFFICIAL MAIL
UNITED STATES POSTAGE
PENALTY FOR PRIVATE USE $300
PITNEY BOWES
02 1A
0004206040    OCT 09 2014
$ 00.00⁰
MAILED FROM ZIP CODE 47802

Special Mail
28. C.F.R. § 540.18



UNITED STATES POSTAL SERVICE®
USPS TRACKING #
9114 9011 5981 8993 9285 35

PACKAGE SCANNED BY UNITED STATES MARSHAL X-RAY/MAGNET

RECEIVED
OCT 16 2014
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

UNITED STATES DISTRICT
COURT FOR THE SOUTHERN
DISTRICT OF INDIANA
X46/EAST OHIO STREET
ROOM 105
INDIANAPOLIS, IN
        46204

