**FILED**

DEC 17 2014

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA (TERRE HAUTE)

|  |  |
|---|---|
| SHERMAN L. FIELDS,<br>　　　　　Plaintiff,<br>v.<br><br>WARDEN USP TERRE HAUTE,<br>　　　　　Defendant. | No.  14-cv-315-WTL-WGH<br><br>NOTICE OF APPEARANCE OF<br>COUNSEL |

**PLEASE TAKE NOTICE** that, subject to admission of the local federal bar pro hac vice, undersigned counsel enters a notice of appearance as counsel for Mr. Fields in this matter.  As Mr. Fields pro se pleading details, Mr. Ellis is counsel for Mr. Fields in his other capital proceedings.

DATED this 9th day of December, 2014.

/s/ Jeffrey E. Ellis
Jeffrey E. Ellis
Law Office of Alsept & Ellis
621 SW Morrison St., Ste 1025
206/218-7076 (ph)
JeffreyErwinEllis@gmail.com