UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| SHERMAN FIELDS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. 2:14-cv-315-WTL-WGH |
| | ) | |
| WARDEN, USP TERRE HAUTE, | ) | |
| | ) | |
| Respondent. | ) | |

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1.　　Attorney Ellis is **admitted *pro hac vice*** to represent petitioner Fields in this action.

2.　　The petitioner shall have **through February 9, 2015** in which to (a) file any amended petition for writ of habeas corpus which is appropriate and (b) file a statement showing whether and how, and as to which claim(s), the Savings Clause of 28 U.S.C. § 2255(e) is appropriately invoked in this case.

IT IS SO ORDERED.

Date: 1/09/15

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Jeffrey E. Ellis
LAW OFFICE OF ALSEPT & ELLIS
621 SW Morrison St., Ste 1025
Portland, OR 97205