UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| SHERMAN FIELDS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. 2:14-cv-315-WTL-WGH |
| | ) | |
| WARDEN, USP TERRE HAUTE, | ) | |
| | ) | |
| Respondent. | ) | |

**Entry Directing Further Proceedings**

Counsel for the petitioner shall **report not later than February 16, 2015** whether the

petitioner seeks that counsel be appointed pursuant to 18 U.S.C. § 3599 or any other statute or rule

which result in the expenditure of public funds. If such an appointment is sought, a motion seeking

that appointment should likewise be filed **not later than February 16, 2015**.

IT IS SO ORDERED.

Date: 1/21/15

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Electronically Registered Counsel