# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF INDIANA

SHERMAN LAMONT FIELDS

V.

WARDEN USP TERRE HAUTE

2:14-CV-00315-WTL



FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2015 JAN 30 PM 1:57
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

## STATUS UPDATE

In late October 2014 I received a "Notice, Consent, and Reference of a Civil Action To Magistrate Judge" from this court in regards to a petition that I filed Pro Se. Since then I've heard nothing. I haven't been notified of the government's response, there have been no notice of delay; nothing. I respectfully ask for a status update on my case...

Respectfully,

*Sherman L. Fields*

Sherman L. Fields
#15651-180
USP Terre Haute
P.O. Box 33
Terre Haute, In 47808