Sherman L. Fields

Name

15651-180

Reg. No.

☐ ~~Federal Prison~~

☒ Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

☐ U.S. Penitentiary

LEGAL MAIL---

RECEIVED

JAN 30 2015

U.S. CLERKS OFFICE
INDIANAPOLIS, INDIANA

INMATE
IDENTIFICATION
CONFIRMED

THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
105 U.S. COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA 46204

LEGAL MAIL---

46204$1999

LEGAL MAIL