**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

| | |
|---|---|
| SHERMAN L. FIELDS,<br>　　　　　　Petitioner,<br><br>　　　v.<br><br><br>WARDEN, USP TERRE HAUTE,<br>　　　　　　Respondent. | No. 14-cv-315-WTL-WGH<br><br>MOTION TO EXTEND TIME<br>TO FILE AMENDED PETITION<br><br><br><br>*This is a Capital Case* |

Sherman Fields, Appellant, through undersigned counsel, moves this Court for an extension of time to file (a) an amended petition for writ of habeas corpus; and (b) a statement showing whether and how, and as to which claim(s), the Savings Clause of 28 U.S.C. § 2255(e) is appropriately invoked in this case.

Mr. Fields' amended petition and memorandum regarding application of the 2255(e) savings clause are currently due on February 9, 2015. Fields seeks to have until March 20, 2015 to file both documents.

The primary reason for this requested extension is that undersigned counsel has a reply brief due on March 2, 2015, in a capital direct appeal in Oregon. The Oregon Supreme Court has enforced a very tight briefing deadline in that case (Oregon v. Randy Guzek), because argument is set for March 9, 2015. In addition,

1

Mr. Ellis has five cases set for oral argument in February 2015 in several courts, including the Ninth Circuit and the Washington Supreme Court.

The second reason for the requested extension of time is because counsel is still conducting an investigation into additional grounds for relief that he plans to plead in the amended petition.

This is Mr. Fields' first request for an extension of time. Undersigned counsel does not anticipate requesting additional extensions of time.

DATED this 5th day of October, 2015.

/s/ Jeffrey E. Ellis
Jeffrey E. Ellis
*Attorney for Mr. Fields*
Law Office of Alsept & Ellis
621 SW Morrison St., Ste 1025
JeffreyErwinEllis@gmail.com