# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

| | |
|---|---|
| SHERMAN L. FIELDS,<br>                    Petitioner,<br><br>        v.<br><br><br>WARDEN, USP TERRE HAUTE,<br>                    Respondent. | No. 14-cv-315-WTL-WGH<br><br>ORDER EXTENDING TIME |

This Court hereby extends the time for Mr. Fields to file (a) an amended petition for writ of habeas corpus; and (b)  a statement showing whether and how, and as to which claim(s), the Savings Clause of 28 U.S.C. § 2255(e) is appropriately invoked in this case until March 20, 2105.

DATED this ____ day of February, 2015.


_____

The Hon. William T. Lawrence