**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

| | |
|---|---|
| SHERMAN L. FIELDS,<br>        Petitioner,<br><br>    v.<br><br><br>WARDEN, USP TERRE HAUTE,<br>        Respondent. | No. 14-cv-315-WTL-WGH<br><br>RESPONSE TO COURT INQUIRY<br>REGARDING APPOINTMENT<br>OF COUNSEL |

This Court requested counsel to report whether counsel seeks to be appointed pursuant to 18 U.S.C. § 3599 or any other statute or rule which result in the expenditure of public funds.

At this stage of the proceedings, counsel does not seek appointment. If this Court orders an evidentiary hearing or seeks counsel to appear for argument, counsel may seek a limited appointment at that time.

DATED this 5th day of February, 2015.

/s/ Jeffrey E. Ellis
Jeffrey E. Ellis
*Attorney for Mr. Fields*
Law Office of Alsept & Ellis
621 SW Morrison St., Ste 1025
JeffreyErwinEllis@gmail.com