UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

SHERMAN FIELDS, )
 )
       Petitioner, )
 )
       vs. )       No. 2:14-cv-315-WTL-WGH
 )
WARDEN, USP TERRE HAUTE, )
 )
       Respondent. )

## ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME

The petitioner's motion for enlargement of time [dkt 7] is granted.

The petitioner shall have through March 20, 2015 in which to (a) file an amended petition for writ of habeas corpus, and (b) file a statement showing whether and how, and as to which claim(s), the Savings Clause of 28 U.S.C. § 2255(e) is appropriately invoked in this case.

IT IS SO ORDERED.

Date: 2/19/15

_William T. Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Electronically Registered Counsel