PETITIONER

SHERMAN LAMONT FIELDS

v.

RESPONDENT

WARDEN USP TERRE HAUTE

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2015 FEB 19 PM 4:17

SOUTHERN DISTRICT
OF INDIANA
CASE# 2:14-cv-00315-WTL-WGH
CLERK

2:14-CV-315-WTL-WGH

---

I, petitioner Sherman Lamont Fields was informed that Attorney Jeffrey E. Ellis is admitted pro hac vice to represent me in the cause of action presented to this court and I have no theoretical objection to that. However, since, at or about age fourteen I've been plagued by paranoia and deep seeded trust issues, and though it may or may not be "normal", it is "my normal". I would ask the court to (1) keep the substance of my Pro Se petition in tact; (2) Inform me of anything that is filed for me, or against me in this cause of action; (3) If Mr. Ellis fail to meet a filing deadline or file something that is inadequate I will be allowed to respond; (4) Mr. Ellis will be instructed to confer with me and provide me with a copy of anything that he wish to file on my behalf;

Yes, I'm paranoid. Yes I have trust issues, but I am innocent and I ask that the court not let my

mental state be attributed to the allegations in the petition. I am more than confident that the evidence therein proves that the police, prosecutors and their witnesses engaged in a criminal conspiracy to use the Death Penalty as a murder weapon to murder me for a crime that not only they knew I didn't commit, but the evidence prove that I didn't commit, and failure to objectively review the petition and its contents will result in a fundamental miscarriage of Justice that can never be rectified...

Respectfully / Sincerely

Sherman L. Fields
#15651-180
USP Terre Haute
P.O. Box 33
Terre Haute, IN
47808