Sherman
# 15651-180
USP Terre Haute
P.O. Box 33
Terre Haute, Indiana
47808

LEGAL MAIL...

INDIANAPOLIS IN 460

17 FEB 2015 PM 3 L

THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
105 U.S. COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA
46204

**UNITED STATES POSTAL SERVICE**

**USPS TRACKING #**

Label 400   Jan. 2013
7690-16-000-7948

9114 9011 5981 8993 9285 66

INMATE
IDENTIFICATION
CONFIRMED

RECEIVED

FEB 19 2015

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

LEGAL MAIL

46204‖1999