**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | |
|---|---|
| SHERMAN L. FIELDS,<br>　　　　　　Petitioner,<br>　　v.<br><br>WARDEN, USP TERRE HAUTE,<br>　　　　　　Respondent. | No. 2:14-cv-315-WTL-WGH<br><br>MOTION FOR ADDITIONAL<br>TIME TO AMEND PETITION |

## MOTION

For the reasons set forth in Mr. Fields's memorandum regarding the savings clause, Mr. Fields moves this Court for an additional 180 days—until September 20, 2015—to submit an amended petition.

DATED this 20th day of March, 2015.

Respectfully Submitted:

/s/Jeffrey E. Ellis
Jeffrey E. Ellis
Law Office of Alsept & Ellis
621 SW Morrison St., Ste 1025
Portland, OR 97205
JeffreyErwinEllis@gmail.com

1