# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

|  |  |
|---|---|
| SHERMAN L. FIELDS,<br>　　　　　　Petitioner,<br><br>　　v.<br><br><br>WARDEN, USP TERRE HAUTE,<br>　　　　　　Respondent. | No. 2:14-cv-315-WTL-WGH<br><br>ORDER FOR ADDITIONAL<br>TIME TO AMEND PETITION |

This Court extends the time until September 20, 2015, for Mr. Fields to submit an amended petition.

　　　　　DATED this ___ day of March, 2015.


　　　　　　　　　　　　　_____
　　　　　　　　　　　　　Judge William T. Lawrence

1