UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION


SHERMAN FIELDS,                         )
                                        )
                    Petitioner,         )
                                        )
            vs.                         )           No. 2:14-cv-315-WTL-WGH
                                        )
WARDEN, USP TERRE HAUTE,                )
                                        )
                    Respondent.         )


**ORDER GRANTING IN PART MOTION FOR ENLARGEMENT OF TIME**

The petitioner's motion for enlargement of time [dkt 12] is granted in part and denied in part.

The petitioner shall have through July 6, 2015 in which to file an amended petition for writ of habeas corpus.

IT IS SO ORDERED.


Date:  3/25/15

_William T. Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Electronically Registered Counsel