Mr. Sherman Fields
No. 15651-180
USP Terre Haute
U.S. Penitentiary
4700 Bureau Road South
Terre Haute, IN  47802



RECEIVED

APR 09 2015

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

INMATE
IDENTIFICATION
CONFIRMED

LEGAL MAIL...



USPS TRACKING #

9114 9012 3080 3776 8311 51

THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
105 U.S. COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA
46204