UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| SHERMAN FIELDS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. 2:14-cv-315-WTL-WGH |
| | ) | |
| WARDEN, USP TERRE HAUTE, | ) | |
| | ) | |
| Respondent. | ) | |

**Entry and Notice**

The petitioner's filing of April 9, 2015 has been docketed as a motion, and as a motion

seeks a determination that the Savings Clause of 28 U.S.C. § 28 U.S.C. § 2255(e) permits him to

proceed here pursuant to 28 U.S.C. § 2241. The motion [dkt 14] does not make such a showing

and is therefore **denied.**

The petitioner is reminded that his filings should be made through his attorney of record.

His attorney has addressed the § 2255(e) question through the filing of March 20, 2015 and as to

that the § 2255(e) question has not yet been resolved. Indeed, until the amended habeas petition

is filed it is unlike that the § 2255(e) question could be resolved.

IT IS SO ORDERED.

Date: 4/10/15

_William T. Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Electronically Registered Counsel