**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

| | |
|---|---|
| SHERMAN L. FIELDS,<br>Petitioner,<br>v.<br><br>WARDEN, USP TERRE HAUTE,<br>Respondent. | No. 2:14-cv-315-WTL-WGH<br><br>MOTION FOR ADDITIONAL<br>TIME TO AMEND PETITION |

## MOTION

For the reasons set forth below, Mr. Fields moves this Court for an additional 60 days—until September 8, 2015—to submit an amended petition and corresponding evidentiary support. This motion is based on the facts and argument below.

## FACTS AND ARGUMENT

Mr. Fields is a federal prisoner under a death sentence at the United States Penitentiary in Terre Haute, Indiana. He filed a pro se petition in this court pursuant to 28 U.S.C. § 2241. Subsequently, undersigned counsel entered a notice of appearance. Counsel represented Mr. Fields in his post-conviction petition (§ 2255) in the Western District of Texas, in the 5th Circuit, and in the United States Supreme Court.

Mr. Fields is conducting an investigation into the fitness of the district court judge during the time he presided over and ruled on Fields's § 2255 petition. The

1

investigation is being coordinated with two other federally sentenced inmates whose § 2255 petitions were pending before the same judge at the same time.

As of this writing, the investigator has interviewed and attempted to interview numerous people. Many individuals have refused to speak with the investigator. For the most part, those who agreed to speak have corroborated the accusation that Fields made in his most recent filing.

There are still several witnesses who must be interviewed. Not all of them currently live in the same area. The investigator working on this case has made this investigator his primary task, but we estimate it will take an additional 30-45 days to complete the investigation and perhaps additional time to secure signed affidavits.

**CONCLUSION**

Mr. Fields respectfully requests that he be given until September 8, 2015, to submit an amended petition and any supporting documents.

DATED this 6th day of July, 2015.

Respectfully Submitted:

/s/Jeffrey E. Ellis
Jeffrey E. Ellis
*Attorney for Mr. Fields*
Law Office of Alsept & Ellis
621 SW Morrison St., Ste 1025
Portland, OR 97205
JeffreyErwinEllis@gmail.com