# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

SHERMAN L. FIELDS,

        Petitioner,

  v.

WARDEN, USP TERRE HAUTE,

        Respondent.

No. 2:14-cv-315-WTL-WGH

ORDER FOR ADDITIONAL
TIME TO AMEND PETITION

The Court extends the time until September 8, 2015, for Mr. Fields to submit an amended petition.

DATED this ___ day of July, 2015.

_____

Judge William T. Lawrence