|                          |     |                            |
|--------------------------|-----|----------------------------|
| SHERMAN FIELDS,          | )   |                            |
|                          | )   |                            |
| Petitioner,              | )   |                            |
|                          | )   |                            |
| vs.                      | )   | No. 2:14-cv-315-WTL-WGH    |
|                          | )   |                            |
| WARDEN, USP TERRE HAUTE, | )   |                            |
|                          | )   |                            |
| Respondent.              | )   |                            |

### ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME

The petitioner's motion for enlargement of time [dkt 16] is granted.

The petitioner shall have **through September 8, 2015** in which to which to (a) file an amended petition for writ of habeas corpus, and (b) file a statement showing whether and how, and as to which claim(s), the Savings Clause of 28 U.S.C. § 2255(e) is appropriately invoked in this case.

IT IS SO ORDERED.

_William T Lawrence_

Date: 7/10/15

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Electronically Registered Counsel