**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA (TERRE HAUTE)**

| | |
|---|---|
| SHERMAN L. FIELDS,<br>　　　　　　　Plaintiff,<br><br>　　v.<br><br><br>WARDEN USP TERRE HAUTE,<br>　　　　　　　Defendant. | No. 14-cv-315-WTL-WGH<br><br>VOLUNTARY WITHDRAWAL<br>OF PETITION |

Mr. Fields filed a petition pursuant to § 2241. He has previously indicated that he is conducting an on-going investigation and has asked this Court on several occasions for additional time to do so. In his last pleading, he further indicated that he was investigating whether to add a new claim, but that the law was rapidly developing on that issue and that he needed additional time.

Upon consideration and after consultation with Mr. Fields, he now moves to voluntarily withdraw this action without prejudice so that he can complete those investigations without having to burden this Court for extensions of time. When that investigation has been completed, he will seek to refile.

DATED this 14th day of September, 2015.

/s/ Jeffrey E. Ellis
Jeffrey E. Ellis
Law Office of Alsept & Ellis
621 SW Morrison St., Ste 1025
503.222.9830 (ph)
JeffreyErwinEllis@gmail.com