UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

SHERMAN FIELDS, )
)
Petitioner, )
)
vs. )    No. 2:14-cv-00315-WTL-WGH
)
WARDEN, USP TERRE HAUTE, )
)
Respondent. )

**Entry Dismissing Action and Directing Entry of Final Judgment**

**I.**

The petitioner's motion to withdraw [dkt 19] is **granted.**

The action shall be dismissed without prejudice.

**II.**

Judgment consistent with this Entry shall now issue.

IT IS SO ORDERED.

Date: 9/21/15

_William T Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Electronically Registered Counsel