UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

SHERMAN FIELDS, )
)
Petitioner, )
)
vs. ) No. 2:14-cv-00315-WTL-WGH
)
WARDEN, USP TERRE HAUTE, )
)
Respondent. )

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

The Court having this day made its Entry directing the entry of final judgment, now enters

FINAL JUDGMENT and this action is dismissed without prejudice.

Date: 9/21/15

_William T Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Laura Briggs, Clerk

BY: _____

Deputy Clerk, U.S. District Court

Distribution:

Electronically Registered Counsel